# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CINDI C. WILSON ) | Case No: 01-CR-40007-DRH |
| ) | USM No: 05280-025 |
| Date of Previous Judgment: 12/03/2001 ) | Phillip J. Kavanaugh |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  168  months **is reduced to**  135 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  34             Amended Offense Level:  32
Criminal History Category:  II          Criminal History Category:  II
Previous Guideline Range:  168  to  210  months    Amended Guideline Range:  135  to  168  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐  Other (explain):

**III. ADDITIONAL COMMENTS**
This Order grants Doc. 115 and is entered as a result of USSG Amendment 750. If this sentence is less than the amount of time Defendant has served, the sentence is reduced to a "time served" sentence, understanding that it is not the intent of the Court to affect the length of supervised release previously ordered. This Order is effective November 1, 2011, absent Congressional action changing the proposed Guidelines or Amendments or other order of this Court.

Except as provided above, all provisions of the judgment dated  12/03/2001  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: October 19, 2011

*David R. Herndon* (Digitally signed by David R. Herndon, Date: 2011.10.19 15:18:33 -05'00')

Judge's signature

Effective Date: November 1, 2011          David R. Herndon - United States District Chief Judge
(if different from order date)            Printed name and title